UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAGGU CORPORATION,
Plaintiff,

v.

DOES 1-100,
Defendant.

Case No. 25-cv-08007-NW

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

Re: ECF Nos. 18, 20

Plaintiff filed this action for trademark infringement on September 19, 2025 against 100 Doe Defendants. *See* ECF No. 1. On May 19, 2025, in response to Plaintiff's case management statement, the Court ordered Plaintiff to amend its complaint to insert the names of any known Defendants within 30 days and serve all known Defendants 30 days thereafter. ECF No. 15. On August 10, 2026, Plaintiff having failed to do so, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. ECF No. 18; *see also* ECF No. 20 (correcting clerical error erroneously setting the hearing for September 25 rather than August 25, 2026). The deadline for Plaintiff to object to dismissal was August 18, 2026. ECF No. 18. No objections or response having been filed, the Court hereby VACATES the order to show cause hearing and DISMISSES Plaintiff's claims without prejudice.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated: August 24, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California